**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LINDA ANDERSON**                                                                            **PLAINTIFF**

v.                                    **CASE NO. 5:09-CV-00134 BSM**

**LTS LOGISTICS**                                                                            **DEFENDANT**

### ORDER

Pending is plaintiff's motion to proceed *in forma pauperis* [Doc. # 1]. Plaintiff has indicated that she is employed, during the past twelve (12) months, she received money from "business, profession or other self-employment" and "rent payments, interest or dividends," and that she owns "real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value." Plaintiff's application to proceed in forma pauperis is deficient in that she fails to provide the following information: (1) whether her pay period is weekly, biweekly, or monthly; (2) the address of her employer; (3) the source of, the amount, and how long she expects to continue receiving money from business, profession or other self-employment; (4) the source of, the amount, and how long she expects to continue receiving money from rent payments, interest, or dividends; and (5) a description of her real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value. Plaintiff is hereby directed to file a supplemental application addressing these deficiencies within twenty days of the date of this order. Failure to comply with this order will result in the dismissal of plaintiff's complaint.

IT IS SO ORDERED this 19th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE