## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LINDA ANDERSON**                                      **PLAINTIFF**

**v.**                 **CASE NO. 5:09cv00134 BSM**

**LTS LOGISTICS**                                  **DEFENDANT**

### ORDER OF DISMISSAL

The parties request that this case be dismissed with prejudice due to settlement. [Doc. No. 25].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 29th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE